UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EUSTOLIA RAMIREZ,

        Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

Case No. EDCV 10-1657 JC

JUDGMENT

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: July 12, 2011

                                      /s/

                                Honorable Jacqueline Chooljian
                                UNITED STATES MAGISTRATE JUDGE